*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Karen E Brennan | BK No. 1:21−bk−10802 |
| Debtor(s) | Chapter 7 |

*ORDER GRANTING MOTION (doc# 64 ) TO AVOID JUDICIAL LIEN,*
*filed by Karen E. Brennan, Debtor*

On 2/14/2022 the Debtor(s) filed a Motion to Avoid the Judicial Lien of Capital One Bank and Calvary Portfolio Services, LLC . No objection to the motion having been filed, it is hereby ORDERED that the lien placed on the Debtor's property described as 15 Elton Circle, Cranston, RI 02921 is null and void and the Motion to Avoid Judicial Lien is **GRANTED**.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/4/22**

Entered on Docket: **3/4/22**
Document Number: **71 − 64**

ogavoidjudlien.jsp #114

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*