2003120200013110 Bk: 2460 Pg: 181
RECORDED Cranston, RI Pg 1 of 1
12/02/2003 15:53:00 ASGT MTG

[Space Above This Line For Recording Data]

**When Recorded Return to:** TO:
American Release Corporation
PO Box 458
Kimberling City, MO 65686
**Recording Requested By:** Loan Number: ▮
American Release Corporation Attn: QUALITY CONTROL Servicing Number: ▮

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage(herein "Assignor")whose address **ORIGINAL**
309 Taunton Ave, Seekonk, MA 02771
does hereby grant, sell, assign, transfer and convey, unto the

Option One Mortgage Corporation, a California Corporation

a corporation organized and existing under the laws of  CALIFORNIA  (herein "Assignee"), whose address is
3 Ada, Irvine, CA 92618
a certain mortgage dated  June 20, 2003  , made and executed by
KAREN E. BRENNAN AND DAVID J BRENNAN

to and in favor of Shamrock Financial Corporation, A RHODE ISLAND Corpo
and given to secure payment of ONE HUNDRED FORTY SIX THOUSAND
...AND NO/100THs ($146,000.00) July 01, 2033
6/25/03 (Include the Original Principal Amount and Maturity Date of Note(s))
which Mortgage is of record in Book, Volume, or Liber No. 2232 , at page 234
(or as No. 1130 ) of the Records. Town of Cranston
State of Rhode Island, together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.
Address: 15 ELTON CIR, CRANSTON, RI 02920-1908
LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO HEREIN
IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on June 26th 2003

_____  Shamrock Financial Corporation,
Witness                     A RHODE ISLAND Corporation

_____  By: _____
Witness

_____
Attest

Seal:

This Instrument Prepared By:   Address:
                               Phone:

[Space Below This Line For Acknowledgment]

State of ~~Rhode Island~~ Massachusetts
County of Bristol

In Seekonk , on the 20th day of June , 2003 ,
before me personally appeared
Rod Correia
Sr. Vice President         of Shamrock Financial Corp.

to me known and known by me to be the person executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed in said capacity and the free act and deed of the corporation.

_____