```
201004140042410 Bk:LR4192 Pg:339
RECORDED Cranston,RI 1/1
04/14/2010 11:26:16 AM ASGT MTG
```

When Recorded Mail to:
Nicholas Barrett
999 South Broadway
East Providence, RI 02914

_____(space above this line for recording Date)_____

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2003-5 Asset-Backed Certificates, Series 2003-5, c/o American Home Mortgage Servicing, Inc., 4600 Regent Boulevard, Suite 200, Irving, TX 75063-1730, its Successors and Assigns, all beneficial interest under that certain Mortgage dated June 20, 2003 executed by Karen E. Brennan, Mortgagor, and recorded on June 25, 2003 in the Records of Land Evidence of the City of Cranston, State of Rhode Island, in Book 2232 at Page 234, describing land therein as:

Commonly known as:       15 Elton Circle, Cranston, RI  02921

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest and all rights accrued or to accrue under said mortgage.

Sand Canyon Corporation formerly known as Option One Mortgage Corporation

BY: _____
Name:  Michelle Halyard

Title: ___Vice President_____

State of  Florida
County of  Duval

On  8 April , 20 10 , before me, personally appeared ___Michelle Halyard_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

JO ANN B. PAGE
MY COMMISSION # DD 58227
EXPIRES: August 7, 2010
Bonded Thru Budget Notary Service

(this area for official seal)

Notary Public
Name  JoAnn B Page
Notary Public in for said State
My Commission expires: 7 August 2010

File No.: _____