UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (Providence)

| In Re:<br>Karen E. Brennan | Case Number 1:21-bk-10802<br>Chapter 7 |
|---|---|

### CONSENT ORDER REGARDING THE MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2003-5 ASSET-BACKED CERTIFICATES, SERIES 2003-5 FOR RELIEF FROM THE AUTOMATIC STAY AND FOR LEAVE TO FORECLOSE MORTGAGE

Now COMES THE PARTIES Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2003-5 Asset-Backed Certificates, Series 2003-5 (hereinafter referred to as the "Movant"), a secured creditor, the Debtor Karen E. Brennan hereinafter referred to as (the "Debtor") and Lisa Geremia, the Chapter 7 Trustee, hereinafter referred to as (the "Trustee") who after hearing on the matter at which all parties were present and heard hereby moves this Court to enter the Consent order as agreed to and on the terms below.

1. Cause exists for Secured Creditor to Relief from the Automatic Stay with respect to the property identified as *15 Elton Circle, Cranston, RI 02921* (the "Property"). The Property is encumbered by a first mortgage given by the Debtor to Shamrock Financial Corporation in the original principal amount of $146,000.00 dated June 20, 2003 and recorded with the City of Cranston Land Evidence Records in Book 2232, Page 234 (the "Mortgage"). Thereafter, the Mortgage was assigned to Movant

2. Relief is granted from the Automatic Stay pursuant to 11 U.S.C. Section 362(d) and Movant, its successors or assigns to is able to take any and all steps to foreclose said mortgage encumbering the Property at 15 Elton Circle Cranston Rhode Island and for it or a third-party purchaser to prosecute summary process proceedings to evict any persons residing in the Property. upon allowing the Movant to take any and all necessary steps in the collection of the Mortgage note securing the premises at 15 Elton Circle Cranston RI.

3. Upon completion of the foreclosure sale, Movant or its successors or assigns will provide both the Trustee and Debtor with a final accounting of the purchase price, all costs and expenses and amounts due on the mortgage and whether the property created a surplus or

a deficiency and if there are any funds remaining or any funds that remain due  on the account within thirty (30) days of the foreclosure sale.[1]

4. Following the sale, if there are funds remaining once all amounts due to the Movant have been paid, all additional funds will be forwarded to the Trustee who will retain the funds until further order of this court regarding the distribution to the holders of Junior liens or encumbrances or any other party.

Date: September 16, 2022

CONSENT ORDER APPROVED

*Diane Finkle*

9/19/22

Respectfully submitted,

Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2003-5 Asset-Backed Certificates, Series 2003-5
By its attorney,

/s/Paul G. Manning, Jr.
Paul G. Manning, Jr. Esquire
RI# 7124
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500
bankruptcy@kordeassociates.com

Karen E. Brennan,
Debtor
By her attorney

/s/Edward J. Gomes
Edward J. Gomes, Esquire
1200 Reservoir Ave.,
Cranston, RI 02920

/s/Lisa A. Geremia
Lisa A. Geremia, TRUSTEE
Geremia & DeMarco, Ltd.
620 Main Street, CU-3A
East Greenwich, Rhode Island 02818
Telephone: 401-885-1444 Ext 3
Facsimile: 401-471-6283
lisa@geremiademarco.com

---

[1] On September 12, 2022, the trustee filed an Objection to Debtor's Claim of a Homestead Exemption in the Property. Said Objection is pending.