**Fill in this information to identify your case:**

Debtor 1: Karen E Brennan

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF RHODE ISLAND

Case number (if known): 1:21-bk-10802

☑ Check if this is an amended filing

Official Form 106C     **** 3RD AMENDED ****

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ** ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)**

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **15 Elton Circle Cranston, RI 02921 Providence County** Line from Schedule A/B: **1.1** | $245,100.00 | ☑ ***$7,540***  ☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **** AMENDED **** **2016 Hyundai Elantra 35000 miles Motor Vehicle** Line from Schedule A/B: **3.1** | ***$6,538.00*** | ***$2,100*** | ***11 U.S.C. § 522(d)(5)*** |
| **** AMENDED **** **2016 Hyundai Elantra 35000 miles Motor Vehicle** Line from Schedule A/B: **3.1** | ***$6,538.00*** | ☑ ***$4,450***  ☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(2)*** |
| **Household Goods and Appliances** Line from Schedule A/B: **6.1** | $3,000.00 | ☑ $3,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(3)*** |
| **2 TV's and 1 Laptop** Line from Schedule A/B: **7.1** | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(7)*** |
| **1 Indoor Exercise Bike** Line from Schedule A/B: **9.1** | $150.00 | ☑ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |

Debtor 1  **Karen E Brennan**  Case number (if known) **1:21-bk-10802**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Wearing Apparel**<br>Line from Schedule A/B: **11.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(3)*** |
| **Costume Jewelry and Wedding Band**<br>Line from Schedule A/B: **12.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(4)*** |
| **2 Dogs - not for breading purposes**<br>Line from Schedule A/B: **13.1** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **1 Walker and 1 Wheelchair**<br>Line from Schedule A/B: **14.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **Cash on Hand**<br>Line from Schedule A/B: **16.1** | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **\*\*\*\* AMENDED \*\*\*\***<br>**Checking: Secondary on Account with daughter Glick, Jessica & Brennan, Karen - Harbor One Ckg ending in 0080**<br>Line from Schedule A/B: **17.1** | $2,338.00 | ☑ $2,338.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **\*\*\*\* AMENDED \*\*\*\***<br>**Checking: Secondary on Account with daughter Glick, Jessica & Brennan, Karen - TD Bank Ckg ending in 6395**<br>Line from Schedule A/B: **17.2** | $1.14 | ☑ $1.14<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **\*\*\*\* AMENDED \*\*\*\***<br>**Savings: Pawtucket Credit Union Sav ending in 8055**<br>\*\*\*\*Balance was 0.00 at the time of the filing<br>Line from Schedule A/B: **17.4** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **\*\*\*\* AMENDED \*\*\*\***<br>**Checking: Pawtucket Credit Union Ckg ending in 8064**<br>Line from Schedule A/B: **17.5** | $1,423.42 | ☑ $1,423.42<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| **\*\*\*\* AMENDED \*\*\*\***<br>**Checking: Pawtucket Credit Union Ckg ending in 9904**<br>Line from Schedule A/B: **17.5** | $146.05 | ☑ $146.05<br>☐ 100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |

| Debtor 1 | Karen E Brennan | | | Case number (if known) | 1:21-bk-10802 |
|---|---|---|---|---|---|
| | Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
| | **** AMENDED ****<br>Rental Security Deposit held by Landlord Gary DiRaimo<br>Line from Schedule A/B: **39.1** | $1,850.00 | ☑<br>☐ | $1,850.00<br>100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| | **** AMENDED ****<br>Accorn Investment<br>Line from Schedule A/B: **39.1** | $1,100.00 | ☑<br>☐ | $1,100.00<br>100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(5)*** |
| | **** AMENDED ****<br>Misc. Office Equipment; 4 file cabinets and 1 desk<br>Line from Schedule A/B: **39.1** | ***$450.00*** | ☑<br>☐ | ***$450.00***<br>100% of fair market value, up to any applicable statutory limit | ***11 U.S.C. § 522(d)(6)*** |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No ***
   ☐ Yes

   Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☑ No
   ☐ Yes

/s/ KAREN E. BRENNAN

*Karen Brennan  9/19/22*