**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

In re:  Karen E Brennan                                                          BK No. 21-10802

        Debtor                                                                         Chapter: 7

## ORDER VACATING ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE [doc. #109]

On November 30, 2022, an Order [doc.#109] was entered in error discharging the chapter 13 trustee and closing the case in a chapter 7 bankruptcy case. Accordingly, as the order was entered by clerical error, it is hereby **VACATED**.

*/s/ Diane Finkle*
U.S. Bankruptcy Judge

Entered on Docket:  12/9/2022
Document Number:  111