UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| Karen E. Brennan | : | Bk. No. 21-10802 |
| Debtor | : | Chapter 7 |

## TRUSTEE'S STATUS REPORT

Now comes Lisa A. Geremia, the duly appointed Chapter 7 Trustee in the above entitled bankruptcy estate, and provides the following information as her Status Report:

1. On November 2, 2021, Karen E. Brennan (the "Debtor") filed a petition for relief pursuant to Chapter 13 of the United States Code with the U.S. Bankruptcy Court for the District of Rhode Island, and on January 19, 2022, the case was converted to a Chapter 7.

2. On January 19, 2022, Lisa A. Geremia, Esquire was duly appointed the Chapter 7 Trustee (the "Trustee").

3. The initial Meeting of Creditors was held on February 10, 2022 and adjourned on May 24, 2022.

4. On August 4, 2022, Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2003-5 Asset-Backed Certificates, Series 2003-5 ("Wells Fargo") filed a Motion for Relief from Stay regarding property located at 15 Elton Circle, Cranston, Rhode Island 02921 (the "Property").

5. On August 16, 2022, the Trustee filed a Limited Objection on the grounds that to the extent there are any surplus funds after the foreclosure and/or sale of the Property, then those funds are property of the bankruptcy estate pursuant to 11 U.S.C. 541.

6. On February 27, 2023, the foreclosure sale took place.

7. A closing is scheduled for March 29, 2023 and an accounting shall be provided to the Trustee.

**WHEREFORE**, the Trustee suggests filing an updated Status Report within ninety (90)

**In Re: Karen E. Brennan;**
**Chapter 7; Bk. No. 21-10802**

days.

DATED:	March 6, 2023			Respectfully submitted by:

*/s/ Lisa A. Geremia*
Lisa A. Geremia, Trustee [#5541]
GEREMIA & DEMARCO, Ltd.
Village on Vine
620 Main Street, CU 3A
East Greenwich, RI 02818
(401) 885-1444 Telephone
(401) 471-6283 Facsimile
Lisa@geremiademarco.com

## **CERTIFICATION**

I hereby certify that on March 6, 2023 I electronically filed the within Trustee's Status Report with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Office of the U.S. Trustee, Edward J. Gomes, Jeffrey J. Hardiman, Esquire and Paul G. Manning, Jr., Esquire; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118 and PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541.

*/s/ Lisa A. Geremia*