**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: **Karen E Brennan**

Case No.: 1:21-bk-10802

### *NOTICE TO FILE PROOF OF CLAIM DUE TO THE RECOVERY OF ASSETS*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim at that time. Recently however, the case Trustee notified the court that there may be assets available for distribution to creditors, and therefore you are being notified to file a proof of claim in order to participate in any possible distribution.

*Non Governmental Creditors* who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court on or before:

*Date: 7/10/23*

*Governmental Unit Creditors* must file a proof of claim on or before:

*Date: 7/10/23*

It is your responsibility to notify the court of any change in address. Failure to do so may result in the deposit of any distribution to you into the court's unclaimed funds registry. Creditors who do not file a proof of claim on or before the applicable deadline may not share in any distribution from the debtor's bankruptcy estate.

The proof of claim form [B 410] is available on the court's website under forms or from the uscourts website at http://www.rib.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.

If you mail the POC form and would like a receipt of your filing, you must enclose a copy of the POC form, together with a stamped, self-addressed return envelope.

### *Three Ways to File the Proof of Claim (POC) Form with the Court*

(1) File the POC form electronically from the court's website at www.ribuscourts.gov/epoc;
(2) Registered electronic filers may file the POC form in our CM/ECF system;
(3) Mail the POC form to the Clerk of the U.S. Bankruptcy Court at 380 Westminster Street, 6th Floor, Providence, RI 02903.

There is no fee for filing a Proof of Claim form.

All creditors must file a POC on or before the applicable deadline to participate in any distribution. If you previously filed a POC in this case, you don not need to file a new one now.

By: cs

Deputy Clerk
Dated: 4/11/23

Kristen E. Batty
Acting Clerk of Court

Document Number: 117 - 116

351b.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*