| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:21-bk-10802<br>District of Rhode Island<br>Providence<br>Tue Apr 11 09:49:30 EDT 2023 | Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>P.O. Box 380901<br>Minneapolis MN 55438-0901 | Karen E Brennan<br>118 Royal Avenue<br>Cranston, RI 02920-2417 | Calvary Portfolio<br>500 Summit Lake Dr., Ste 400<br>Valhalla NY 10595-2321 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Avenue<br>Oklahoma City OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Division of Taxation<br>One Capitol Hill<br>Providence RI 02908-5800 | ~~Gary L. Donahue~~<br>~~Office of the U.S. Trustee~~<br>~~U.S. Courthouse~~<br>~~One Exchange Terrace Suite 431~~<br>~~Providence, RI 02903-1744~~ | ~~Lisa A. Geremia~~<br>~~Geremia & DeMarco Ltd.~~<br>~~620 Main Street, CU 3A~~<br>~~East Greenwich, RI 02818-3679~~ |
| Edward J. Gomes<br>Edward J. Gomes, Attorney at Law<br>1200 Reservoir Avenue<br>Cranston, RI 02920-6012 | Jeffrey J. Hardiman<br>Brock and Scott, PLLC<br>1080 Main Street, Suite 200<br>Pawtucket, RI 02860-4847 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Bankruptcy Notices<br>Philadelphia PA 19101-7346 | Karen Kupersmith, Esq.<br>c/o L & Y Realty<br>266 Crestwood Road<br>Warwick RI 02886-9437 |
| LIFESPAN<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Law Office of Howard Lee Schiff PC<br>111 Founders Plaza<br>East Hartford, CT 06108-3212 | Paul G Manning Jr.<br>Korde and Associates<br>900 Chelmsford Street<br>suite 3102<br>Chelmsford, MA 01851-8102 |
| National Grid<br>300 Erie Blvd West<br>Syracuse, NY 13202-4250 | National Grid<br>P.O. Box 11739<br>Newark NJ 07101-4739 | Newrez LLC<br>c/o PHH Mortgage Services<br>1 Mortgage Way<br>Mount Laurel NJ 08054-4637 |
| Ocwen Loan Servicing<br>PO Box 24738<br>West Palm Beach FL 33416-4738 | Orlans PC<br>PO Box 540540<br>Waltham MA 02454-0540 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pawticket Credit Union<br>1200 Central Avenue<br>Pawtucket, RI 02861-2200 | Pawtucket Credit Union<br>1200 Central Avenue<br>Pawtucket, RI 02861-2200 | Pawtucket Credit Union<br>Bankruptcy Notices<br>1200 Central Avenue<br>Pawtucket RI 02861-2200 |

| | | |
|---|---|---|
| State of RI - Division of Taxation<br>RI Division of Taxation<br>Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908-5800 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | Synchrony Bank<br>P.O. Box 960009<br>Orlando FL 32896-0009 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 | Wells Fargo Bank, National Association<br>c/o PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Williams & Fudge Inc.<br>c/o Federal Loan Servicing<br>PO Box 11590<br>Rock Hill SC 29731-1590 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | US Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)US Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416-0005 | (u)Wells Fargo Bank, National Association, as |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39